ColBrin K. Mahan
#00040686O

San Joaquin County Jail
999 W. mathews RD
French Camp, CA 95231

FILED

OCT 27 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____________
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:25CV 3112 EFB (PC)

ColBrin K. Mahan
(Name of Plaintiff)
999 W. mathews RD
(Address of Plaintiff)
French camp, CA 95231

STK-CR-FE-2024-00182
(Case Number)

vs.

Inmates (KSP) Jonathan, Miller
James, ortega, Unknown 3
Sheriff Depty Office
(Names of Defendants)

COMPLAINT: "Assualt" "Conspiracy" Aforethought, premeditation, Delibrace To cause Emotion Distress To The Heart of my Defendants In Criminal pre-Trial White collar criminal orginization using secur global prison condition, disipline Family & relics My GF Danenna In custody.

I. Previous Lawsuits:

A. Have you brought any other lawsuits while a prisoner: ☑ Yes ☐ No

B. If your answer to A is yes, how many?: 4 Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff ColBrin K. Mahan

Defendants Corrections Health care Service
San Joaquin County et, AL.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Colbrin K. Mahan
(Name of Plaintiff)
999 W. Mathews RD
(Address of Plaintiff)
French Camp, CA 95231

STK-CR-FMISC-2025-0010046
(Case Number)

vs.

San Joaquin County Sheriff Deputy Department / Stockton Police Department
(Names of Defendants)

"Legal Affairs"
COMPLAINT: Violation of U.S. Cal. Const. Civil Rights under both U.S. Federal Const. I a political prisoner under "equal protection" of 4th, 6th, 13th, 14th Amend. Have had U.S. Postal mail with help from my person among sent & delivery timely notifiable.

I. Previous Lawsuits:

A. Have you brought any other lawsuits while a prisoner: ☑ Yes ☐ No

B. If your answer to A is yes, how many?: 4 Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff Colbrin K. Mahan

Defendants Joseph A. Watz Deputy Public Defender Case Number: 25-027231

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)
(office of clerk)
(U.S District Court Eastern District of California 501 "I" st, Sacramento, CA 95814

3. Docket Number 2:25-CV-02573-DMC #00 H0B860

4. Name of judge to whom case was assigned Dennis M. Cota U.S Magistrate Judge

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
It Is still pending

6. Approximate date of filing lawsuit Oct 8, 2025

7. Approximate date of disposition n/a

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution? ☑ Yes ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?
☑ Yes ☐ No

If your answer is no, explain why not ______

C. Is the grievance process completed? ☑ Yes ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant Custody Captain is employed as Sheriff Deputy Correction officer at San Joaquin County Department

B. Additional defendants Inmate Notication, Facility, Classification, Jail Admin, Floor staff, SGT & Leitunats, Hearing officers 1,2, San Joaquin County Sheriff office Santion Reports Custody Rules and Violation Department.

STATEMENTS OF claim

HC-001

7. Ground 2 or Ground 2 (if applicable):
SHeriFF Deputy SGT. RAZO 10-22-25 MiDDay AfterNoon 11:45-12:00 A.m Serve Lunch Within Violation AND No Action OF Ethical line OF probable cause or good conduct OF Moral To Intervene By Allowing me with Servings OF 3 State-Meals 2 Hot Tray Breakfeast & Dinner Aslong with My Lunch properly Sealed AND HereBy U.S Cal. Const 13th, 14th Ammendment. By Refusing Me my Daily

a. Supporting facts:
Nutrition Lunch. AForethought I've Premidately Have Been Denied Access To Secur Techonogly Tablet Access most importantly Floor STAFF Here TODay Willfulingly perjure recklessly MY Civil Rights To The upmost In NOT A Day Has gone BY BUT Has Continued To Refuse My Mandatory Yards I've Demanded Numerous of Time To The SHeriFF Deputy Correctional OFFice, OFFicers Segerent, Leitunants, Custody Captain previous Captain Cortez and Facilit, Classification AND Custody Division Disciplinary SGT. Williams, SGT. Torez, SGT. Skyski, Lt. MarMolejo, P 109890 Hearing OFFicer Williams, S 103209; SHelton, C 164284 AND Be under unlawful prison Condition and prison Disipline With Santation Report Formal 25-052344 Privileges Telephone Restriction - Revoke, Start 10/01/2025, Expire 10/30/2025 Aslong with Tablet Access and Commissary Restriction. Under unlawful Restricated Housing Program 1,2 prolonging me I Had petition Prison Condition, prison Disciplline, The San Joaquin SheriFF

b. Supporting documents:
County Jail Continue Civil and Criminal retaliation I Speak Annoymously For men and women. I myself am ADSeg-7 #24 In violation of U.S. Cal. const and U.S Federal. Const By Plant Engineering Correction Service By placement In Barricaded active Prison riot plexiglass Sheild of Cell Door discriminatory statements & in-effective assistance of counsel Has Been Proved here Today and deFamation OF Character

c. Supporting cases, rules, or other authority:
Has Been ongoing disregard Full OF Human Life Liberty, Deprivement. and OBStruction To my DeFense Has Been Construed and Attempts on My Life Willfully I Have case Number 2:25-CV-02573-DMC Case Title; Colbrin K. mahan vs. Correctional Health Care Service ET AL. September 9, 2025; case number 2:25-CU-02202-CSK, case Title - Colbrin K. Mahan, vs. MaGDRial, ET AL. August 8, 2025 U.S. Postal mail Tamerage Sent, Delivered & received This Facility...

Statement of Claim

HC-001

7. Ground 2 or Ground 3 (if applicable):

I Request By State law Fairness Report & Disiablity Act with Assocation Within U.S. Cal. Const & U.S. Federal, Const Article 1 §9, Article 1 §10 Entitled To Enactments 4th, 6th, 13th, 14th Amendment, San Joaquin Sheriff Deputy correctional Office In Custody Division Among ADSeg-7 Indiviuals classification Opposed Too discrimination "equal "protection" Aforemention Liberty, Justice, Freedom of Speech Nor shall anyone Be Deprived

a. Supporting facts:

of Life To The Utmost U.S. Cal. Constitutional Civil & Criminal Rights in Defendant Favor of Defense. Thereby access To Securtech Global Telephone or Tablet. Therefor In Solitary Confinement Within All classification orders From Protective Custody And General population Hereby Current Custody Maxium Level 8 classify. For there More than enough resources To Have To Be Made available To All with Aforethought To The Preceedings of Paper Work procedurals In San Joaquin County Jail C-File of custody Santations Division Sheriff Deputy Collectional Office of the Department. Denied U.S. Cal. Const Civil Rights Unvoluntarily Servitude And Slavery 13th, And Fetter chains on The recreational yard Abuse of process With out Reasonable Doubt to Have Been Taken In Consideration. To Inducement with reckless disregard Insideously With Boisterous Flak To Conceive Fear Among white collar organization of the Many attempts On my Life ADSeg Facility South Jail To Cause Infamous Influence To Induce Sentece In Court By: Deputy Public Defender Joseph A. Katz Case Number: 25-0-27231

b. Supporting documents:

The State Bar of California aggravated assualt / Homicide PC 187 PC 187 / 667 50 To Life Criminal Pre-Trial. Indomitable Caused pain and suffering, Emotional Distress Case Number 2:25-cv-02202-CSK August 8, 2025 Case Title Colbrin K. Mahan vs. MacDonial Et Al. And September 9, 2025 case number: 2:25-cv-02573-DMC Case Title: Colbrin K Mahan vs. Correctional Health care service et Al. (Pain and suffering Mental ill, Mental Disturbance

c. Supporting cases, rules, or other authority:

Anguish) law enforment Agency No. SP24-04733 Stockton Police Department Case DA Case: 0960360 Complaint No: 20240216254 Amended Complaint Superior Court Case No: STK-CR-FE-2024-0001812 Date: 02/27/2024 By: Rosemary Beth Incident Report Stockton Police Department 24-4733: Supplement No: 0001 Case No: STK-CR-FMISC-2025-0010046 By Arresting Officer Reported Date 02/13/2024 Rpt / incident Typ 187 Member # Hutton Eric / 3093 2nd Diaz, Eddie Approving Officer 2427

Statement of Claim

HC-001

7. Ground 2 or Ground 4 (if applicable):

Approval Date 02/17/2024 Approval Time 06:32:55 The Arresting Officer By Making Commerical Arrest At scene of The Crime Obstructing, Bias and perjury within the Amended Complaint Dematory statements And Representation By Chief Deputy District Attorney Mark OTT I Demand Termination & Compensation Paid in Full Bias and Obstructed statements as well knowingly with disregard Probation

a. Supporting facts:

officer MS. Korm using Flak, AS An Entity I Demand U.S. Cal. Const Act Criminal & Civil Matter Take Full action By State Fairness Report U.S. Federal. Const Expost Facto Clause or law 14th, Amend. AS political prisoner U.S. Cal. Const 5th, 6th Amendment. within capital murder. CBS News Sacramento video #2 Date 02/16/2024 Link: Https:// youtu.be/-EfxGFTg9Tg? feature=shared. Hereby Filing a complaint under The Civil Rights ACT, 42 U.S.C § 1983 The Full extent of The law Be Fulfilled In Compensation And Termination To All Individuals Involved And In Intermidate Exhibidition under U.S. Federal. Constitution. I Demand 1 million Dollars personally By each Individual Involved In These matters From there state pension For consumers, And Sheriff Deputys of San Joaquin County Correctional Department French Camp, CA 95231 County Jail Be charged U.S. Cal. Const 4th, Amend. And U.S. Federal. Const. Charged Therefor Tampering With U.S. Cal. Postal Mail Service legal Material Joseph A. KATZ (Discovery Packets) Criminal Conviction White Collar crime organization Legal Mail IRS Taxpayer and Personal private Mail

b. Supporting documents:

1212 Crisis Bed Mental Health Services; United States Courts Office of The clerk, United States District Court Eastern District of California 501 1st. STE 4-200 Sacramento, California 95814-2322 Offical Business Delivered To San Joaquin County Jail For Defendant Colbrin K. Mahan 9, OCT 2025 PM 3 L zip 95814 043M31244245 I recieved 10-17-2025 Off. Cr al vendo. my IRS Taxes was recieved open ofc. Rodriguez Legal Mail.

c. Supporting cases, rules, or other authority:

Secur Tech global unlawful Monitor and Obscence Insidious Boisterous Flak And Mocking By Sheriff Deputy Correctional officer Family and relics phones call. I Demand Compensation For causing Anguish And Mental ill, Mental Distrubance, with reckless disregard For Human Life charged By The state of California Superior Court Justice System And Federal Courts.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

Case Number 2:25-CV-02202-CSK Colbrin K. Mahan vs Magrical, ET AL. FEB 26, 2024 Along San Joaquin County Custody Sheriff Deputy Correctional Officers Office. Current Housing South AD/Seg A7 L24 Current classify 08 max. Sec/High Risk. Have undergone emotional distress, Sgt. Skyski Manteca Court - San Joaquin 315 E. Center Street Manteca, CA 95336, Cert team police Investagator Evidence Technination. Case Number: 2:225-CV-02573-DAC Colbrin K. Mahan vs. Correction Health Care Service ET, Al "Medical #18"

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Hereby U.S Cal. Const And Both U.S Federal Const Therefor Be Entitled To my state Fairness Reports And To Have The Law Taking To Oversea It's Full Consent within my "Equal Protection" In Violation of my Civil Rights As U.S Cal. Const 6th Amend. As political prisoner Among The State of California. without exemption of Being A Incarcerated Inmate San Joaquin County U.S Civilian. "Aggravated Assault likely to cause GBI"

Signed this 0M day of ____________, 20____.

Colbrin K. Mahan
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

____________
(Date)

Colbrin K. Mahan
(Signature of Plaintiff)

| CASE NAME: | CASE NUMBER: |
| --- | --- |
| | |

6. b. [✓] **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

   (1) [✓] deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

   (2) [ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state)*:

c. [ ] **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. [ ] **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. [ ] **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: ____________________

ColBrin K. Mahan (handwritten) — (TYPE OR PRINT NAME OF DECLARANT)

▸ [signature] — (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

## DECLARATION OF MESSENGER

[✓] **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and eight in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: ____________________

ColBrin K. Mahan (handwritten) — (NAME OF DECLARANT)

▸ [signature] — (SIGNATURE OF DECLARANT)